IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.                    *

    Plaintiffs                           *

vs.                                      * Civil Action No.: L-02-CV-1634

BALTIMORE CITY, MARYLAND, et al.         *

    Defendants                           *

### ORDER

UPON CONSIDERATION of the foregoing **Plaintiff's Second Motion for Extension of Discovery Deadline by Consent** filed by the Plaintiffs, it is this 28TH day of January, 2003, by the United States District Court for the District of Maryland.

ORDERED, that the discovery deadline is extended to February 21, 2003.

_____
Judge, United States District Court

