# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASEY MULLINS, et al.** : | |
| : | |
| v. : | **CIVIL NO. L-02-1634** |
| : | |
| **BALTIMORE CITY,** : | |
| **MARYLAND, et al.** : | |

## ORDER

    This case was removed to federal court on May 7, 2002. By Order dated July 16, 2002, all defendants were dismissed except for the "unknown police officers." On February 21, 2003, the Baltimore Police Department, as the employing agency and next friend of the remaining defendants, moved to dismiss the case due to Plaintiffs failure to identify the unknown officers. On February 24th, Plaintiffs filed an amended complaint adding police officers Jan Rollon and Thomas Dugan as defendants.

    Accordingly, Defendant's Motion to Dismiss is DENIED as MOOT.

It is so ORDERED this __3rd__ day of March, 2003.

                                                  _____/s/_____
                                                  Benson Everett Legg
                                                  Chief Judge