# BALTIMORE POLICE DEPARTMENT




MARTIN O'MALLEY
Mayor

KEVIN P. CLARK
Police Commissioner

March 31, 2003

**Via E-Filing**

Hon. William D. Quarles
United States District Court
For the District of Maryland
Northern Division
4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   **Mullins et al. v. Baltimore City**
      **Case No. L-02-CV-1634**

Dear Judge Quarles:

For the last three weeks, I have attempted to contact Mr. H. Jeffrey Tabb, counsel for the Plaintiffs, in connection with the above-referenced matter. As your Honor may know, this case was brought by two individuals who allege that they were injured in a scuffle with unknown BPD officers at a Preakness infield party. After Plaintiffs' finally named two officers, Judge Legg ordered that "[c]ounsel shall confer and by March 10, 2003 submit a revised schedule."

Since receiving Judge Legg's Order, I have written to Plaintiff's counsel on numerous occasions, and I have left him several telephone messages. On March 7, 2003, the undersigned wrote Mr. Tabb and proposed seven months of discovery with a dispositive motions deadline set for three months after the close of discovery. (Exh. 1) In the only communication received from Mr. Tabb (dated March 17, 2003, and attached as Exhibit 2), Mr. Tabb was seemingly agreeable to seven months of discovery, but proposed a five week post-discovery period for dispositive motions. However, Mr. Tabb's proposed pre-trial scheduling order is not agreeable to us and we promptly wrote to inform him of this, but Mr. Tabb has failed to respond to our concerns.

c/o 242 W. 29th Street • Baltimore, Maryland 21211

Hon. William D. Quarles
United States District Court
For the District of Maryland
Page 2
March 31, 2003

Given the difficulties that we have had in reaching Mr. Tabb and agreeing to a mutually acceptable pre-trial scheduling order, we request that the Court either issue a pre-trial scheduling which is appropriate given the circumstances, or hold a hearing with an eye towards assembling counsel and productively moving this matter forward.

Thank you for your assistance.

Sincerely,

Howard B. Hoffman
Associate Solicitor

Attachments

cc: All Counsel

# BALTIMORE POLICE DEPARTMENT



MARTIN O'MALLEY
Mayor



POLICE COMMISSIONER



March 7, 2003

**Via Facsimile (301) 513 0434**

H. Jeffrey Tabb, Esq.
8955 Edmonston Road
Greenbelt, Maryland 20770

Re:   Mullins v. Unknown Officers
      Case Number L-02-CV-1634

Dear Mr. Tabb:

As you were the party that requested an extension of time (a third one), would you be so kind to prepare a mutually acceptable proposed scheduling order, which can be captioned as a joint motion? Please provide for seven months of discovery and a dispositive motions deadline set for three months after the close of discovery.

Per Judge Legg's decision, please accept this as our effort to confer with you to resolve this scheduling matter. I will be out of the office Monday, March 10, 2003. Please contact Peter Saar, Esq., if you have any questions.

Sincerely,

Howard B. Hoffman
Associate Solicitor

cc:   Peter Saar, Esq.

H. Jeffrey Tabb, P.C.
Attorney at Law
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
Fax: (301) 513-0454

X Paralegal:
Teresa J. Breen

EXHIBIT 2

# FACSIMILE TRANSMISSION

TO: Howard Hoffman

FAX NO.: 410-396-2126

FROM: Jeff Tabb

DATE: 3/17/03

RE: Mullins v. Unknown Officers

THIS FAX CONTAINS 3 PAGES, INCLUDING THE COVER SHEET.

MESSAGE:

***If you should experience trouble receiving this fax, please contact this office at (301) 441-3636.***

*This facsimile is intended only for the recipient, their employees and/or agents and should be forwarded to such immediately. Any information contained herein is deemed confidential and should be treated as such and used for intended purposes ONLY.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.            *

Plaintiffs                       *

vs.                              *   Civil Action No.: L-02-CV-1634

BALTIMORE CITY, MARYLAND         *

Defendants                       *

## AMENDED SCHEDULING ORDER

*The Plaintiffs, Casey and Jeremy Mullins and Unknown Officers through their respective counsel, submit the following Amended Scheduling Order:*

### 1. Deadlines

| Date | Event |
|---|---|
| March 28, 2003 | Joint request for early settlement/ ADR conference (This request will not postpone discovery unless otherwise ordered) |
| March 28, 2003 | Report re deposition hours |
| March 28, 2003 | Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge |
| April 30, 2003 | Moving for joinder of additional parties and amendment of pleadings |
| June 23, 2003 | Plaintiff's Rule 26(a)(2) disclosures re experts |
| August 22, 2003 | Defendant's Rule 26(a)(2) disclosures re experts |
| September 5, 2003 | Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts |

| | |
|---|---|
| *Rule 26(e)(2) supplementation of disclosures and responses* | *September 19, 2003* |
| ***<u>Discovery deadline;</u>*** ***<u>Submission of status report</u>*** | *October 9, 2003* |
| *Requests for admission* | *October 24, 2003* |
| ***<u>Dispositive pretrial</u>*** ***<u>Motions deadline</u>*** | *November 14, 2003* |

*II. All other terms of this Court's prior Scheduling Order, June 16, 2002 are incorporated herein.*

*Date March__ _, 2003*

*Benson Everett Legg*
*United States District Judge*