IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
| Plaintiffs | * |
| vs. | * Civil Action No.: L-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
| Defendants | * |

### AMENDED SCHEDULING ORDER

The Plaintiffs, Casey and Jeremy Mullins and Unknown Officers through their respective counsel, submit the following Amended Scheduling Order:

### I. Deadlines

| | |
|---|---|
| Joint request for early settlement/ ADR conference (This request will not postpone discovery unless otherwise ordered) | March 28, 2003 |
| Report re deposition hours | April 16, 2003 |
| Initial report whether there is Unanimous consent to proceed before a United States Magistrate Judge | April 16, 2003 |
| Moving for joinder of additional parties and amendment of pleadings | May 30, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | June 23, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 22, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 5, 2003 |

| | |
|---|---|
| *Rule 26(e)(2) supplementation of disclosures and responses* | *September 19, 2003* |
| **Discovery deadline;** **Submission of status report** | *October 9, 2003* |
| *Requests for admission* | *October 24, 2003* |
| **Dispositive pretrial Motions deadline** | *December 15, 2003* |

II. *All other terms of this Court's prior Scheduling Order, June 16, 2002 are incorporated herein.*

Date: 4/10/03

*Benson Everett Legg*
*United States District Judge*

Consented to:

H. Jeffrey Tabb
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
*Attorney for Plaintiffs*

Howard B. Hoffman
601 E. Fayette Street
Baltimore, Maryland 21202
(410) 396-2525
*Attorney for Defendants*