Apr-09-03 13:51   law office

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.          *

    Plaintiffs             *

vs.                            *   Civil Action No.: WDQ-02-CV-1634

BALTIMORE CITY, MARYLAND       *

    Defendants             *

### AMENDED SCHEDULING ORDER

The Plaintiffs, Casey and Jeremy Mullins and Unknown Officers through their respective counsel, submit the following Amended Scheduling Order:

### I.   Deadlines

| | |
|---|---|
| Joint request for early settlement/ ADR conference (This request will not postpone discovery unless otherwise ordered) | March 28, 2003 |
| Report re deposition hours | April 16, 2003 |
| Initial report whether there is Unanimous consent to proceed before a United States Magistrate Judge | April 16, 2003 |
| Moving for joinder of additional parties and amendment of pleadings | May 30, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | June 23, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 22, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 5, 2003 |

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | September 19, 2003 |
| Discovery deadline; **Submission of status report** | October 9, 2003 |
| Requests for admission | October 24, 2003 |
| **Dispositive pretrial Motions deadline** | December 15, 2003 |

II.   All other terms of this Court's prior Scheduling Order, June 16, 2002 are incorporated herein.

Date: 4/10/03

*[signature]*
William D. Quarles, Jr.
United States District Judge

Consented to:

*[signature]*
H. Jeffrey Tabb
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
Attorney for Plaintiffs

*[signature]*
Howard B. Hoffman
601 E. Fayette Street
Baltimore, Maryland 21202
(410) 396-2525
Attorney for Defendants