AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Casey Mullins, et al.

**SUMMONS IN A CIVIL CASE**

V.

Baltimore City, MD, et al.

CASE NUMBER: WDQ 1:02-CV-1634

TO: (Name and address of Defendant)

Officer Thomas Dugan
1900 Aragon Avenue
Baltimore, MD 21215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. Jeffrey Tabb
8955-A Edmonston Road
Greenbelt, MD 20770

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                      4-11-03
CLERK                                                   DATE

_____
(By) DEPUTY CLERK