AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Casey Mullins, et al.

V.

Baltimore City, MD, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: WDQ ~~L~~-02-CV-1634

TO: (Name and address of Defendant)

Officer Jan Rollon
1900 Aragon Avenue
Baltimore, MD 21215

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. Jeffrey Tabb
8955-A Edmonston Road
Greenbelt, MD 20770

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

4-11-03
DATE

(By) DEPUTY CLERK