IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
| Plaintiffs | * |
| vs. | * Civil Action No.: WDQ-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
| Defendants | * |

**JOINT REPORT RE: DEPOSITION HOURS AND INITIAL REPORT WHETHER THERE IS CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**

The parties submit the following report.

**Deposition Hours**

1. Plaintiff anticipates the need for no more than five (5) depositions not to exceed a total of ten (10) hours; Defendant anticipates seven (7) hours for each Plaintiff and three (3) hours per each of six (6) witnesses.

2. There is no unanimous consent to proceed before a Magistrate Judge.

3. Since there is a possibility of an additional Defendant, Plaintiff may request a modification and further outside counsel will be retained for the named officers and may request a modification.

Respectfully submitted,

H. Jeffrey Tabb
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
Attorney for Plaintiffs

Howard B. Hoffman
601 E. Fayette Street
Baltimore, Maryland 21202
(410) 396-2525
Attorney for Defendants