## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.      *

     Plaintiffs,      *

v.      *     Civil Action No.:  L-02-CV-1634

OFFICER THOMAS JUGAN, et al.    *

     Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION FOR LEAVE TO AMEND ANSWER TO COMPLAINT

Defendant, Thomas Jugan, by and through his undersigned counsel, and pursuant to F.R.C.P 15,  hereby moves this Court to grant an Order allowing the amendment of his Answer to Plaintiff's Complaint and for his cause states as follows:

1.     On July 8, 2003, Defendant Jugan, through his counsel,  filed an Answer to Plaintiff's Complaint.

2.     The Answer filed was a draft version and was erroneously filed through the Court's electronic filing system.

3.     It did not come to counsel's attention of the error within the 20 days allowed in which to amend his Answer.

4.     Defendant has received the consent of Plaintiff to file his Amended Answer.

5.     Good cause exists for this amendment and the parties will not be prejudiced by the amendment of the Answer.

6.     A copy of the proposed Amended Answer is attached as Exhibit 1.

WHEREFORE, the Defendant, Thomas Jugan, respectfully moves this Court to grant an Order allowing him to amend his Answer to Plaintiff's Complaint.

Respectfully submitted,


_____/s/_____
Troy A. Priest, Esquire
Brown, Diffenderffer & Kearney, LLP
Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230
410-296-8500
*Attorney for Defendant*
*Thomas Jugan*