IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, ET AL.            *

    PLAINTIFFS                  *

V.                               *   CASE NO. WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND,        *
    ET AL.
                                 *
    DEFENDANTS
_____/

**BALTIMORE POLICE DEPARTMENT'S MOTION TO DISMISS ON BEHALF OF UNKNOWN POLICE OFFICERS**

The Baltimore Police Department, as the employing agency and next friend of the remaining Defendants known in the above-captioned matter as "unknown police officers," moves to dismiss this case as to all unknown police officers.

A supporting Memorandum is attached hereto.

                Respectfully submitted,

                _____
                Peter Saar, Esq., Bar # 26666
                Deputy Legal Counsel

                _____
                Howard B. Hoffman, Esq., Bar # 25965
                Associate Solicitor
                Office of Legal Affairs
                Baltimore Police Department
                242 W. 29th Street
                Baltimore, Maryland 21211
                Telephone: (410) 396-2496
                Facsimile: (410) 396-2126

August 25, 2003