IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, ET AL.          *

    PLAINTIFFS               *

V.                             *     CASE NO. WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND,      *
    ET AL.

                        *

    DEFENDANTS
_____/

ORDER OF DISMISSAL

On this ___ day of _____, 2003, the Motion to Dismiss filed by the Baltimore Police Department on behalf of all remaining unknown police officers is **GRANTED**; and it is hereby **ORDERED** that the above-captioned matter is dismissed with prejudice as to all remaining unknown police officers made a party to the above-captioned case.

                              _____
                              Hon. William D. Quarles

_____
Date

To:  H. Jeffrey Tabb, Esq.
      8955-A Edmonston Road
      Greenbelt, Maryland 20770

      Howard B. Hoffman, Esq.
      Baltimore Police Dep't, Office of Legal Affairs
      601 East Fayette Street
      Baltimore, Maryland 21202