IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

CASEY MULLINS, et al.,
    Plaintiff

v.

Civil No. WDQ-02-1634

BALTIMORE CITY, MARYLAND, et al.
    Defendants

## ORDER

Pending is the unopposed Motion to Dismiss the complaint against all "unknown police officers." The motion was filed on behalf of the unknown defendants by their next friend, the Baltimore Police Department.

As the plaintiffs have identified--and have a pending complaint against--three named police officers, and as the time to name additional defendants has passed, it is this 15th day of September 2003,

ORDERED that the unopposed Motion to Dismiss the complaint against all unknown police officers BE, and HEREBY IS, GRANTED; and it is

FURTHER ORDERED that the complaint against all unknown police officers BE, and HEREBY IS, DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the Clerk shall mail copies of this ORDER to the parties.

WILLIAM D. QUARLES, JR.
United States District Judge