IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: L-02-CV-1634 |
| OFFICER THOMAS JUGAN, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE**

Please remove the law firm of Brown, Diffenderffer & Kearney, LLP[1] as counsel in the above-captioned case and enter the appearance of Brown & Sheehan, LLP, Tide Point, The Tide Building, 1010 Hull Street, Suite 300, Baltimore, Maryland 21230.

---

Troy A. Priest (Federal Bar No. 12022)
Brown & Sheehan, LLP
The Tide Building - Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296 - 8500

*Attorneys for Defendant Officer Thomas Jugan*

---

[1] Brown & Sheehan, LLP is the successor firm of Brown, Diffenderffer & Kearney, LLP as of January 1, 2004.