IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASEY MULLINS, et al.** | * | |
| **Plaintiffs,** | * | |
| v. | * | Civil Action No.:  L-02-CV-1634 |
| **OFFICER THOMAS JUGAN, et al.** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT THOMAS JUGAN'S STATUS REPORT

Now comes, Officer Thomas Jugan, a co-defendant in the above-referenced case, by and through his undersigned counsel, pursuant to the Court's Scheduling Order, and files this Status Report:

*1.   Status of Discovery*

Officer Thomas Jugan served interrogatories and request for production of documents on both Plaintiff's in the above referenced case. Plaintiff has responded to the written discovery that was propounded on them. There have been five depositions taken, and it is anticipated that the Plaintiffs' depositions may be necessary.

*2.   Whether Motions Are Pending*

There are no motions currently pending in this matter.

*3.   Whether Any Party Intends to File Motions*

Although the causes of action are fact-specific and may require a jury to determine the credibility of the witnesses and the varying versions of events, no decision has been made as to whether to file a motion for summary judgment prior to the January 23, 2004 deadline.

*4.   Whether The Case Is To Be Tried Before A Jury And The Anticipated Length*

*Of Trial*

Plaintiffs have prayed for a jury trial. It is anticipated that a trial in this matter would last for 3 to 4 days.

5. ***Certificate Of Settlement Negotiations - Referral to Magistrate***

No settlement negotiations have taken place in this matter as Plaintiff's counsel has not made a written settlement demand. Therefore, no settlement authority has been granted to undersigned counsel, nor has counsel requested such settlement authority from either the Baltimore City Law Department or Officer Jugan. Once counsel for the undersigned receives a written demand, he will seek settlement authority, although given the position of the parties in this case, settlement of this matter is not expected to easily occur. Undersigned counsel does not object to the referral of this case to a Magistrate Judge.

6. ***Other Important Matters***

As of the date of this Report, it does not appear that the Complaint has been served or that any Answer has been filed by Defendant Officers Rolan or Gills.

Respectfully submitted,

_____/s/_____
Troy A. Priest
Brown, Diffenderffer & Kearney, LLP
Tide Building, Suite 300
1010 Hull Street
Baltimore, MD 21230
(410) 296-8500
*Attorneys for Defendant*
*Officer Thomas Jugan*