*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

| | |
|---|---|
| *CASEY MULLINS, et al.* | * |
| *Plaintiffs,* | * |
| *v.* | * *Civil Action No.: 1-02-CV-1634* |
| *OFFICER THOMAS DUGAN, et al.* | * |
| *Defendants.* | * |

**PLAINTIFFS, CASEY MULLINS' AND JEREMY MULLINS' STATUS REPORT**

*Casey Mullins and Jeremy Mullins through counsel, H. Jeffrey Tabb, state as follows:*

### 1. Status of Discovery

*The Plaintiffs require no further discovery.*

### 2. Pending Motions

*None.*

### 3. Anticipated Motions

*A motion for default judgment against Defendant Rollon who has not filed an Answer to the Complaint.*

### 4. Jury Trial and Length of Trial

*The Plaintiff has requested a jury trial. The Plaintiffs would only anticipate a two (2) day trial.*

### 5. Certificate of Settlement Negotiations – Referral to Magistrate

*The Plaintiffs have not made a settlement demand. The Plaintiffs do not consent to a magistrate judge.*

**6.     *Other Matters***

*Counsel for Baltimore City accepted service on Officer Rollon, but no answer has been filed. The Plaintiffs will dismiss as to Officer Gills.*

*Respectfully submitted*

*/s/ H.JeffreyTabb*
*H. Jeffrey Tabb, Esquire*
*8955-A Edmonston Road*
*Greenbelt, Maryland 20770*
*(301) 441-3636*
*Attorney for Plaintiffs*

*I hereby certify that on this  16th  day of January, 2004, a copy of the foregoing* **Status Report** *was mailed postage prepaid, first-class to: Troy A. Priest, Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230.*

*/s/ H. Jeffrey Tabb*
*H. Jeffrey Tabb*