IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | *   Civil Action No.: WDQ-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
|     Defendants | * |

## MOTION FOR DEFAULT JUDGMENT

The Plaintiffs, Casey and Jeremy Mullins, through counsel, H. Jeffrey Tabb and pursuant to Rule 55 (b) (2) moves this Honorable Court to enter judgment by default and states as follows:

1. On May 15, 2003, the Defendant, Detective Rollon agreed to allow the legal department of the Baltimore City Police Department to accept service of the Summons and Complaint.  See letter of May 15, 2003 attached hereto as **Exhibit #1.**

2. The Plaintiff faxed the Summons and Complaint as directed by the May 15, 203 letter; see fax cover sheet, fax log report attached as **Exhibit #2.**

3. The Defendant has failed to file an answer.

Wherefore, the Plaintiffs Jeremy and Casey Mullins respectfully request that this Honorable Court enter a judgment by default and such further relief the Court deems appropriate.

                                                Respectfully submitted

                                                ____/s/H.JeffreyTabb_____
                                                H. Jeffrey Tabb, Esquire
                                                8955-A Edmonston Road
                                                Greenbelt, Maryland 20770
                                                (301) 441-3636
                                                *Attorney for Plaintiffs*

## *CERTIFICATE OF SERVICE*

 *I hereby certify that on this 23rd day of January, 2004, a copy of the foregoing* **Motion for Default Judgment** *was mailed postage prepaid to: Troy Priest, Esquire and Peter Saar, Esquire at Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230 and Howard Hoffman, Esquire, Baltimore Police Department, 242 W. 29th Street, Baltimore, Maryland 21211.*

                /s/ H. JeffreyTabb
                H. Jeffrey Tabb