

# BALTIMORE POLICE DEPARTMENT



**MARTIN O'MALLEY**
Mayor

**KEVIN P. CLARK**
Police Commissioner

May 15, 2003

Via Facsimile (301) 513-0434

H. Jeffrey Tabb, Esq.
8955 Edmonston Road
Greenbelt, Maryland 20770

      Re:   Mullins v. Unknown Officers
             <u>Case Number L-02-CV-1634</u>

Dear Mr. Tabb:

     Det. Rollon has authorized our office to accept service of process. Please fax to us a summons and complaint, and we can then have this case assigned to outside counsel.

     As I am out of the office tomorrow, please direct the summons and complaint to the attention of Peter Saar, Esq.

     Thank you for your cooperation.

                              Sincerely,

                              Howard B. Hoffman
                              Associate Solicitor

cc:    Peter Saar, Esq

c/o 242 W. 29th Street • Baltimore, Maryland 21211

Exhibit #1

*H. Jeffrey Tabb, P.C.*
*Attorney at Law*
*8955-A Edmonston Road*
*Greenbelt, Maryland 20770*
*(301) 441-3636*
*Fax: (301) 513-0434*

: Paralegal:
Teresa J. Breen

## FACSIMILE TRANSMISSION

TO: Peter Saar

FAX NO.: 410-396-2126

FROM: Jeff Tabb

DATE: 5/16/03

RE: Mullins v. Baltimore City, MD, et al.

THIS FAX CONTAINS __10__ PAGES, INCLUDING THE COVER SHEET.

MESSAGE: _____

*If you should experience trouble receiving this fax, please contact this office at (301) 441-3636.*

This facsimile is intended only for the recipient, their employees and/or agents and should be forwarded to such immediately. Any information contained herein is deemed confidential and should be treated as such and used for intended purposes ONLY.

Exhibit #2

**HP OfficeJet**  
Personal **Printer/Fax/Copier**

**Fax Log Report** for law office  
3015130434  
May-16-03   09:33

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 14103962126 | OK | 10 | Sent | May-16 | 09:30 | 00:02:58 | 002582030022 |

1.2.0   2.8