IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No: WDQ-02-CV-1634 |
| BALTIMORE CITY MARYLAND, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

To:  The Honorable Felicia C. Cannon, Clerk of the United States
District Court for the District of Maryland

Please enter the appearance of the undersigned attorney as counsel for Defendant Officer Jan Rollon, in the above-captioned case.

        Respectfully submitted,

        /S/  Neal M. Janey
        Neal M. Janey
        *Federal Bar No. 02285*
        The Janey Law Firm P.C.
        The Equitable Building
        Suite 722
        10 North Calvert Street
        Baltimore, Maryland 21202
        Telephone: (410) 783-7344
        Facsimile:  (410) 783-7342

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January 2004, a true copy of the foregoing Entry of Appearance was filed, and if necessary, hard copies will be mailed, in accordance with the Electric Filing Requirements and Procedures of the United States District Court for the District of Maryland.

                                             /S/  Neal M. Janey

                                             Neal M. Janey