IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | *  Civil Action No.: WDQ-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
|     Defendants | * |

### REQUEST TO WITHDRAW MOTION FOR DEFAULT

The Plaintiffs, Casey and Jeremy Mullins through counsel, H. Jeffrey Tabb, states as follows:

1. The Plaintiffs withdraw their Motion for Default Judgment against Jan Rollon.

Respectfully submitted

/s/ H. Jeffrey Tabb
H. Jeffrey Tabb, Esquire
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2004, a copy of the foregoing **Request to Withdraw Motion for Default** was mailed postage prepaid to: Troy Priest, Esquire at Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230, and Neal Janey, 1200 Mirga Circle, Woodland, Maryland 21207-3954.

/s/ H. Jeffrey Tabb
H. Jeffrey Tabb