IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
| Plaintiffs, | * |
| v. | * Civil Action No.: 1-02-CV-1634 |
| OFFICER THOMAS DUGAN, et al. | * |
| Defendants. | * |

### PLAINTIFFS, CASEY MULLINS' AND JEREMY MULLINS' SECOND STATUS REPORT

Casey Mullins and Jeremy Mullins through counsel, H. Jeffrey Tabb, state as follows:

### 1. Status of Discovery

The Plaintiffs require no further discovery.

### 2. Pending Motions

None.

### 3. Anticipated Motions

The Plaintiff does not intend to file any motions.

### 4. Jury Trial and Length of Trial

The Plaintiff has requested a jury trial. The Plaintiffs would only anticipate a two (2) day trial.

### 5. Certificate of Settlement Negotiations – Referral to Magistrate

The Plaintiffs have not made a settlement demand. The Plaintiffs do not consent to a magistrate judge.

6. *<u>Other Matters</u>*

*None.*

*Respectfully submitted*

*/s/ H. Jeffrey Tabb*
*H. Jeffrey Tabb, Esquire*
*8955-A Edmonston Road*
*Greenbelt, Maryland 20770*
*(301) 441-3636*
*Attorney for Plaintiffs*

*I hereby certify that on this <u>28th</u> day of <u>May</u>, 2004, a copy of the foregoing* **Second Status Report** *was mailed postage prepaid, first-class to: Troy A. Priest, Esquire Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230 and Neal M. Janey, Esquire, 10 North Calvert Street, Suite 722, Baltimore, Maryland 21202.*

*/s/ H. Jeffrey Tabb*
*H. Jeffrey Tabb*