```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.          *

        Plaintiffs             *

v.                             *    Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND       *
        et al.
                               *

        Defendants             *

*   *   *   *   *   *   *   *   *   *   *   *
```

**MOTION TO ENLARGE TIME REQUIREMENT**

NOW COMES defendant, Jan Rollon, who, by and through his undersigned counsel and pursuant to Rule 6(b)(2) of the F.R.Civ.P., moves this Honorable Court to extend the time requirement for filing dispositive motions by one day and for reasons state the following:

   1.   Pursuant to the Pre-Trial Scheduling Order issued by the Honorable Judge William D. Quarles, Jr., dispositive motions were to be filed by June 30, 2004;

   2.   On June 30, 2004, counsel for defendant Jan Rollon prepared to file his motion to dismiss and motion for summary judgment in a timely fashion through the court's electronic filing system;

   3.   On said date, counsel for defendant Jan Rollon was unable to file the motion, although it was timely

prepared, because of a malfunction in the computer system at counsel's law office;

4.   The Problem with the computer system was not remedied until July 1, 2004;

5.   Counsel for defendant Jan Rollon did send his motions to Plaintiffs' counsel via facsimile on June 30, 2004;

6.   Defendant Jan Rollon's motion to dismiss and motion for summary judgment is being filed contemporaneously with this motion.

WHEREFORE, based on the above averments, defendant Jan Rollon respectfully requests that this Honorable Court grant his motion to extend time requirements and allow defendant Rollon to file his dispositive motions on July 1, 2004.

Respectfully submitted,

  /s/ Neal M. Janey
Neal M. Janey
*Federal Bar No. 02285*

The Janey Law Firm P.C.
The Equitable Building
Suite 722
10 North Calvert Street
Baltimore, Maryland 21202
Telephone: (410) 783-7344
Facsimile: (410) 783-7342

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: WDQ 02 CV 1634 |
| BALTIMORE CITY, MARYLAND et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July 2004, a true copy of the foregoing Motion to Enlarge Time Requirement and proposed Order were forwarded to Plaintiffs' counsel, H. Jeffery Tabb, via the electronic filing system established by the United States District Court for the District of Maryland.

                                                                                   __/s/ Neal M. Janey_____
                                                                                    Neal M. Janey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: WDQ 02 CV 1634 |
| BALTIMORE CITY, MARYLAND et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of defendant Jan Rollon's Motion to Enlarge Time Requirement and any responses thereto, it is this _____ day of _____ 2004, ORDERED:

1. That defendant Jan Rollon's motion is hereby GRANTED; and

2. The Court will accept his dispositive motions which were filed on July 1, 2004.

_____
William D. Quarles, Jr.
United States District Judge