# The Janey Law Firm, P.C.
**Attorneys & Counsellors At Law**

**The Equitable Building**
**Suite 722**
**10 North Calvert Street**
**Baltimore, Maryland 21202**

Telephone: (410) 783-7344                                                                 Facsimile: (410) 783-7342

June 30, 2004

<u>**VIA FACSIMILE (301-513-0434)**</u>

H. Jeffrey Tabb, Esquire
H. Jeffrey Tabb, P.C.
8955-A Edmondston Road
Greenbelt, Maryland 20770

   Re:  Casey Mullins, et al. v. Baltimore City Police Department
     <u>U.S. District Court, Civil Action No. L-02-1634</u>

Dear Mr. Tabb:

  Being faxed to you this evening is Jan Rollon's Motion to Dismiss and Motion for Summary Judgment.  I plan to file this motion electronically on July 1, 2004 along with a Motion for Extension of Time Requirements.

  Unfortunately, our computers at the office malfunctioned today.  The motion was prepared to be filed timely today, however, to my dismay, our computers and internet service will not be available until tomorrow, July 1, 2004.

  Please accept our apologies for this rather late facsimile.  We tried to have our computers repaired all day long and was finally told at 8:00pm that the computers would not be operable until tomorrow.

  If you have any questions or concerns, please do not hesitate to call me at the office or on my cellular number (443)271-7870.

          Sincerely,


         Neal M. Janey, Jr.

NMJ/rmc