```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

CASEY MULLINS, et al.          *

    Plaintiffs              *

v.                             *    Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND       *
        et al.
                                   *

    Defendants              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JAN ROLLON

Defendant Jan Rollon, by and through his undersigned counsel move, pursuant to Rule 12(b)(6) and Rule 56 of the F.R.Civ.P., for a motion to dismiss and a motion for summary judgment in the above-captioned case. A Memorandum of Law in Support of Jan Rollon's Motion to Dismiss and Motion for Summary Judgment is attached hereto for the Court's consideration.

Respectfully submitted,


　/s/ Neal M. Janey
Neal M. Janey
*Federal Bar No. 02285*

The Janey Law Firm P.C.
The Equitable Building
Suite 722
10 North Calvert Street
Baltimore, Maryland 21202
Telephone: (410) 783-7344
Facsimile: (410) 783-7342

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.            *

        Plaintiffs               *

v.                               *     Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND         *
        et al.
                                 *

        Defendants               *

*    *    *    *    *    *    *    *    *    *    *    *
```

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2004, a true copy of the foregoing Motion to Dismiss and Motion for Summary Judgment, its proposed Order, the Memorandum of Law in Support of Jan Rollon's Motion to Dismiss and Motion for Summary Judgment, and supporting exhibits were forwarded to Plaintiffs' counsel, H. Jeffery Tabb, via the electronic filing system established by the United States District Court for the District of Maryland.

                                        /s/ Neal M. Janey
                                       Neal M. Janey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: WDQ 02 CV 1634 |
| BALTIMORE CITY, MARYLAND et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Jan Rollon's Motion to Dismiss and Motion for Summary Judgment and the supporting Memorandum of Law filed by defendant Jan Rollon and any responses thereto, it is this _____ day of _____ 2004, ORDERED:

1. That defendant Jan Rollon's motions are hereby GRANTED; and

2. That Casey Mullins' Amended Complaint is hereby DISMISSED as it pertains to defendant Jan Rollon; and

3. That Summary Judgment is entered in favor of defendant Jan Rollon.

_____
William D. Quarles, Jr.
United States District Judge