```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

CASEY MULLINS, et al.          *

    Plaintiffs                 *

v.                             *     Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND       *
        et al.
                                 *

    Defendants                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>AFFIDAVIT OF IRA FINE, ESQUIRE</u>

I HEREBY CERTIFY that the matters testified to in this affidavit are matters that I can personally testify to and are matters based on personal knowledge.

On February 10, 2003, the Plaintiffs, along with their counsel, H. Jeffery Tabb, noted the deposition of five Baltimore Police Officers in connection with the claims asserted in the above captioned case. The purpose of the depositions was for the Plaintiffs and their witnesses to make positive identifications of the officers involved in the alleged incident which gave rise to the claims asserted by the Plaintiff. I attended the deposition for the purpose of making observations of the Plaintiffs responses.

On the day in question, only one officer was positively identified as being involved in the alleged

incident.  That officer was Caucasian.  Officer Jan Rollon, an African American officer, <u>was not</u> identified as an officer being involved in the alleged incident.  The Plaintiffs and their representatives did not positively identify him nor did they identify any African American officers that were brought in for depositions that day.

I solemnly affirm under the penalties of perjury that the matters testified to in the foregoing affidavit are true and accurate to my knowledge, recollection, and belief.

Respectfully submitted,

    /s/ Ira Fine**\***
Ira Fine, Esquire

Associate Legal Counsel
Office of Legal Affairs
601 E. Fayette Street
Baltimore, Maryland 21202
Telephone: (410) 396-2496


**\*   Defendant's counsel has the original signed affidavit in his possession.  Because of electronic filing, defense counsel is unable to attached the actual signed affidavit to the motion because defense counsel does not have the equipment to do so.**

**EXHIBIT # 1**