```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.          *

      Plaintiffs               *

v.                             *     Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND       *
          et al.
                               *

      Defendants               *

*     *     *     *     *     *     *     *     *     *     *     *
```

## AFFIDAVIT OF OFFICER JAN ROLLON

I HEREBY CERTIFY that the matters testified to in this affidavit are matters that I can personally testify to and are matters based on personal knowledge.

On May 19, 2001, I, along with approximately 30 – 50 police officers worked the Preakness Horse Race detail at the Pimlico Race Track in Baltimore, Maryland. I, along with several other officers, was assigned to work in the tunnel area at the Pimlico Race Track. On the day in question, I did not witness any assaults or physical altercations between police officers and citizens inside the tunnel while I was stationed at the tunnel. Moreover, I personally did not assist any police officers in any assaults or physical confrontations between police officers and citizens occurring inside the tunnel. I absolutely had

no involvement in the incident which the Plaintiffs complain about in their complaint and at no time did I ever strike anyone with a baton or tease a citizen about being assaulted by a police officer.

                                      Respectfully submitted,

                                      __/s/ Jan Rollon*__
                                      Officer Jan Rollon

**\*   Defendant's counsel has the original signed affidavit in his possession.  Because of electronic filing, defense counsel is unable to attached the actual signed affidavit to the motion because defense counsel does not have the equipment to do so.**

**EXHIBIT # 2**