IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASEY MULLINS, et al.         *

    Plaintiffs              *

v.                            *   Case No: WDQ 02 CV 1634

BALTIMORE CITY, MARYLAND      *
    et al.

    Defendants              *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

UPON CONSIDERATION of defendant Jan Rollon's Motion to Enlarge Time Requirement and any responses thereto, it is this 6th day of July 2004, ORDERED:

1. That defendant Jan Rollon's motion is hereby GRANTED; and

2. The Court will accept his dispositive motions which were filed on July 1, 2004

                                                _____
                                               William D. Quarles, Jr.
                                               United States District Judge