IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | *   Civil Action No.: WDQ-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
|     Defendants | * |

**REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JAN ROLLON'S MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs, Casey Mullins, et al., through counsel, H. Jeffrey Tabb moves this Honorable Court for an extension of time to respond to Defendant Jan Rollon's Motion to Dismiss/Motion for Summary Judgment and for their cause states as follows:

1. Counsel for the Plaintiffs, H. Jeffrey Tabb has a previously scheduled vacation from July 10, 2004 through July 17, 2004 and on his return has hearings set for July 21, 2004 and July 26, 2004.

2. Accordingly, the Plaintiff's request that this Court extend the time to file their response to July 30, 2004.

3. The interests of justice will be served by granting this Motion.

Wherefore, the Plaintiffs, Casey Mullins and Jeremy Mullins respectfully request that this Honorable Court grant an order extending the time to respond to the Defendant, Jan Rollon's Motion to Dismiss/Motion for Summary Judgment and for such further relief the Court deems appropriate.

*Respectfully submitted*

*/s/ H. Jeffrey Tabb*
*H. Jeffrey Tabb, Esquire*
*8955-A Edmonston Road*
*Greenbelt, Maryland 20770*
*(301) 441-3636*
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2004, a copy of the foregoing **Request for Extension of Time to Respond to Defendant Jan Rollon's Motion to Dismiss/Motion for Summary Judgment** was mailed postage prepaid to: Troy Priest, Esquire at Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230, and Neal Janey, 1200 Mirga Circle, Woodland, Maryland 21207-3954.

*/s/ H. Jeffrey Tabb*
*H. Jeffrey Tabb*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | *   Civil Action No.: WDQ-02-CV-1634 |
| BALTIMORE CITY, MARYLAND | * |
|     Defendants | * |

## ORDER

UPON CONSIDERATION of the foregoing **Request for Extension of Time to Respond to Defendant Jan Rollon's Motion to Dismiss/Motion for Summary Judgment** filed by the Plaintiffs, it is this _____ day of _____, 2004, by the United States District Court for the District of Maryland,

**ORDERED,** that the Motion is granted, and it is further;

**ORDERED,** that the time for the Plaintiffs to respond to the Defendant, Jan Rollon's Motion to Dismiss/Motion for Summary Judgment is extended to July 30, 2004.

 

_____
*J U D G E*

cc:    H. Jeffrey Tabb, Esquire
       8955-A Edmonston Road
       Greenbelt, Maryland 20770

       Troy Priest, Esquire
       Tide Building, Suite 300
       1010 Hull Street
       Baltimore, Maryland 21230

       Neal Janey
       1200 Mirga Circle
       Woodland, Maryland 21207-3954