IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | *   Civil Action No.: 1-02-CV-1634 |
| BALTIMORE CITY, MARYLAND, et al. | * |
|     Defendants | * |

### RESPONSE TO DEFENDANT JAN ROLLON'S MOTION TO DISMISS/SUMMARY JUDGMENT

The Plaintiffs, Casey Mullins, et al., through counsel, H. Jeffrey Tabb, responds to the Motion to Dismiss/Summary Judgment as follows:

1. The Plaintiff has primae facie evidence that the Defendant Jan Rollon participated in the assault and battery on the Plaintiffs.

2. Therefore, there is a question of fact for the jury to determine and the Defendant's Motion should be denied.

3. The memorandum is attached hereto.

Wherefore, the Plaintiffs, Casey and Jeremy Mullins respectfully request that this Honorable Court deny the Defendant's Motion to Dismiss and/or Motion for Summary Judgment.

                                                  Respectfully submitted

                                                  /s/ H. Jeffrey Tabb
                                                  H. Jeffrey Tabb, Esquire
                                                  8955-A Edmonston Road
                                                  Greenbelt, Maryland 20770
                                                  (301) 441-3636
                                                  Attorney for Plaintiffs

## *CERTIFICATE OF SERVICE*

I hereby certify that on this <u>30th</u> day of <u>July</u>, 2004, a copy of the foregoing **Response to Defendant Jan Rollon's Motion to Dismiss/Summary Judgment** was mailed postage prepaid, first-class to: Troy A. Priest, Esquire Brown, Diffenderffer & Kearney, LLP, Tide Building, Suite 300, 1010 Hull Street, Baltimore, Maryland 21230 and Neal M. Janey, Esquire, 10 North Calvert Street, Suite 722, Baltimore, Maryland 21202.

*/s/ H. Jeffrey Tabb*
H. Jeffrey Tabb

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | * |
|     Plaintiffs | * |
| vs. | * Civil Action No.: 1-02-CV-1634 |
| BALTIMORE CITY, MARYLAND, et al. | * |
|     Defendants | * |

## *ORDER*

Upon consideration of the Defendant Jan Rollon's Motion to Dismiss and Motion for Summary Judgment and the Plaintiff's opposition thereto, it is this _____ day of _____, 2004,

ORDERED, that the Defendant Jan Rollon's Motion to Dismiss and Motion for Summary Judgment is denied.

                                                  William D. Quarles, Jr.
                                                  United States District Judge

cc: Troy A. Priest, Esquire
    Brown, Diffenderffer & Kearney, LLP
    Tide Building, Suite 300, 1010 Hull Street
    Baltimore, Maryland 21230

  Neal M. Janey, Esquire
  10 North Calvert Street, Suite 722
  Baltimore, Maryland 21202

  H. Jeffrey Tabb, Esquire
  8955-A Edmonston Road
  Greenbelt, Maryland 20770