```
            IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                *
CASEY MULLINS, et al.,
                                *
     Plaintiffs,
v.                              *     CIVIL NO.: WDQ-02-1634

BALTIMORE CITY MARYLAND, A      *
MUNICIPAL CORPORATION, et al.,
                                *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 16th day of November 2004, ORDERED that:

1. Officer Rollon's motion for summary judgment BE, and HEREBY IS, GRANTED;

2. judgment BE, and HEREBY IS, ENTERED in favor of Officer Rollon;

3. the Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                            /s/
                                        William D. Quarles, Jr.
                                        United States District Judge