## United States District Court
### District of Maryland

**Chambers of
William D. Quarles, Jr.
United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 16, 2004

TO COUNSEL OF RECORD

    Re: Casey Mullins, et al. v. Thomas Dugan
        Civil No. WDQ 02-1634

Dear Counsel:

    A pretrial conference is necessary in the above referenced case. Counsel should confer and contact Chambers, on or before November 30, 2004, with several mutually convenient dates and times.

        Very truly yours,

        /s/

        William D. Quarles, Jr.
        United States District Judge