# United States District Court
### District of Maryland

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2005 FEB 16 A 9:21

February 16, 2005

TO COUNSEL OF RECORD:

    Re:    <u>Mullins v. Dugan, WDQ-02-1634</u>

Dear Counsel:

    At the February 16, 2005 pretrial conference, I set the following schedule. The trial will begin at 9:30 a.m. on July 5, 2005 in the Garmatz Courthouse, Courtroom 3A. The proposed joint pretrial statement is due on February 25, 2005.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                William D. Quarles, Jr.
                                United States District Judge