IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASEY MULLINS, et al.** | * |
| **Plaintiffs** | * |
| vs. | * Civil Action No.:   **1-02-CV-1634** |
| **OFFICER THOMAS JUGAN, et al.** | * |
| **Defendants** | * |

_____

**PLAINTIFFS JEREMY AND CASEY MULLINS'
REQUESTED PATTERN JURY INSTRUCTIONS**

The Plaintiffs, Jeremy and Casey Mullins, through Counsel, H. Jeffrey Tabb, request the Court give the following instructions to the jury:

I. MPJI General Instructions:

   1:1,   1:2,   1:3,   1:5,   1:6,

   1:7,   1:11,   1:12,   1:14

II. MPJI Damages

   (10:1, 10:2 (i) (ii) (iii), 10:3)

   10:7,  10:12

III. MPJI   15:2-Battery

   15:10-(Intentional Infliction
         of Emotional Distress)

   15:11-(Actual, Nominal & Punitive
         See MPJI-ch10. Damages-Generally)

Respecfully submitted,

/s/ H. Jeffrey Tabb_____
H. Jeffrey Tabb, Esquire
8955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 441-3636
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February, 2005, a copy of the foregoing was mailed first class, postage prepaid, to:

Troy Priest, Esq.
1010 Hull Street
Baltimore, Maryland 21230