**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**CASEY MULLINS, et al.**                                    *

      **Plaintiffs**                                    *

**vs.**                                    *  **Civil Action No.:   1-02-CV-1634**

**OFFICER THOMAS JUGAN, et al.**                                    *

      **Defendants**                                    *

_____

## **VERDICT**

    1.    Did the Defendant, Officer Thomas Jugan, violate the rights of the Plaintiff Casey Mullins by either the use of unreasonable or excessive force and/or by deliberately causing police officers to use unreasonable or excessive force?

        Yes_____, No_____

    2.    Did the Defendant, Officer Thomas Jugan, violate the rights of the Plaintiff Jeremy Mullins by either the use of unreasonable or excessive force and/or by deliberately causing police officers to use unreasonable or excessive force?

        Yes_____, No_____

    If you answered No to both questions one and two, then stop your deliberations and return your verdict.  If you answered Yes to question one, then continue to section 3.  If you answered Yes to question 2, then continue to section 4.

    3.    If you answered Yes to question one, then what amount, if any, do you award against the Defendants, Officer Thomas Jugan and Baltimore City Police Department, Maryland for  and In favor of the Plaintiff Casey Mullins for compensatory damages?

        $_____

    4.    If you answered Yes to question two, then what amount, if any, do you award against the Defendants, Officer Thomas Jugan and Baltimore City Police Department, Maryland for  and In favor of the Plaintiff Jeremy Mullins for compensatory damages?

        $_____

    5.    If you awarded damages in question #3, then what amount, if any, do you

award against the Defendants, Officer Thomas Jugan and Baltimore City Police Department, Maryland and in favor of Plaintiff Casey Mullins for punitive damages?

$_____

6.      If you awarded damages in question #4, then what amount, if any, do you award against the Defendants, Officer Thomas Jugan and Baltimore City Police Department, Maryland and in favor of Plaintiff Jeremy Mullins for punitive damages?

$_____


_____                    _____
        Date                                      Fore Person