**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CASEY MULLINS, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: L-02-CV-1634 |
| OFFICER THOMAS JUGAN, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE**

Please mark the above-captioned matter as settled and remove same from the trial docket.

_____/s/_____

Troy A. Priest (Federal Bar No. 12022)
Brown & Sheehan, LLP
The Tide Building - Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296 - 8500

*Attorneys for Defendant Officer Thomas Jugan*

_____/s/_____

H. Jeffrey Tabb, Esquire
955-A Edmonston Road
Greenbelt, Maryland 20770
(301) 443-3636

*Attorney for Plaintiffs Casey Mullins and
   Jeremy Mullins*