IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. ) | |
| ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | Case No.:   WDQ 02-1634 |
| ) | |
| THOMAS JUGAN, et al. ) | |
| ) | |
|     Defendants. ) | |

**MOTION TO AMEND SETTLEMENT ORDER AND
EXTEND DATE FOR DISMISSAL WITH PREJUDICE**

    The Plaintiffs, Casey and Jeremy Mullins, through Counsel, H. Jeffrey Tabb, moves this Honorable Court to extend the time for dismissal with prejudice and for their cause states as follows;

    1.    Without further order of the Court, on or about August 5, 2005, the captioned action will be dismissed with prejudice.

    2.    Payment has not yet been received by the Plaintiffs and is not expected for at least another thirty (30) days.

    3.    The Plaintiffs request a forty-five (45) day extension of the settlement order regarding dismissal with prejudice.

    WHEREFORE, the Plaintiffs, Casey and Jeremy Mullins, respectfully request that this Honorable Court extend the time for dismissal with prejudice until September 20, 2005, and for such further relief as this Court deems appropriate.

Respectfully Submitted,

_____
H. Jeffrey Tabb

>Federal Bar No.: 05445
>8955-A Edmonston Road
>Greenbelt, Maryland 20770
>Tel.:   301.441.3636
>Fax:   301.513.0434
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2005, a copy of Plaintiff's Motion to Amend Settlement Order and Extend Date for Dismissal with Prejudice was sent via first class mail, postage prepaid, to:

>Troy A. Priest, Esquire
>Brown, Diffenderffer & Kearney, LLP
>Tide Building B, Suite 300
>Baltimore, Maryland 21230

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY MULLINS, et al. | ) |
| | ) |
|     **Plaintiffs** | ) |
| | ) |
| v. | )    Case No.:    WDQ 02-1634 |
| | ) |
| THOMAS JUGAN, et al. | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon consideration of the Plaintiff's Motion to Amend Settlement Order and Extend Date for Dismissal with Prejudice, it is on this _____ day of _____, 2005,

ORDERED, that the Motion to Amend Settlement Order and Extend Date for Dismissal with Prejudice is GRANTED, and it is further

ORDERED, that the amended date is rescheduled to September 20, 2005.

Date: _____

                                                    William D. Quarles, Jr.
                                                  United States District Judge